THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JACQUELINE BROWN, | Case No. 24-CV-1175 |
| v. | Judge: ____________ |
| WALMART STORES EAST, LP, | Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 7.1.1: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that "controls, is controlled by, or is under common control with a publicly controlled corporation." A party must file the statement upon filing a complaint, answer, motion, response or other pleadings in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Walmart Stores East, LP.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporations?

✓ YES ___ NO

If the answer is YES, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

Walmart Stores East, LP is a Delaware limited partnership, of which WSE management, LLC is the sole general partner and WSE Investment, LLC is the sole limited partner. Both WSE Management, LLC and WSE Investment, LLC are Delaware limited liability companies and with principal places of business in Arkansas. The sole member of both WSE Management, LLC and WSE Investment, LLC is Walmart Stores East, LLC. Walmart Stores East, LLC is an Arkansas limited liability company with its principal place of business in Arkansas. The sole member of Walmart Stores East, LLC is Walmart, Inc. Walmart Inc. is a Delaware corporation with its principal place of business in Arkansas.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

___ YES ✓ NO

If the answer is YES, list the identity of such corporation and the nature of the financial interest.
N/A

/s/ Rebecca J. Johnson
Signature of Counsel

3/14/2024
Date

"Certificate of Service"

**COUNSEL ARE REMINDED OF THEIR CONTINUING OBLIGATION TO UPDATE AND SUPPLEMENT THIS STATEMENT**